

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONNIE DAVIS, INDIVIDUALLY AND AS TUTRIX OF THE ESTATE OF GLENDA DAVIS | CIVIL ACTION NO. 00-0132 |
| VERSUS | SECTION    "B" |
| MIDLAND ENTERPRISES, INC. AND CAPITAL MARINE SUPPLY, INC. | MAGISTRATE    (1) |

## UNOPPOSED MOTION TO TRANSFER

**NOW INTO COURT**, through undersigned counsel, come Midland Enterprises Inc. ("Midland") and Capital Marine Supply, Inc. ("Capital"), sought to be made defendants herein, and move for a transfer of this matter to Section C of this Court where the related action entitled "*In the Matter of Midland Enterprises Inc. and Capital Marine Supply, Inc. as Owner and Owner Pro Hac Vice, Respectively, of the M/V WOODY DUMAS, Official No. 632643, Praying for Exoneration From or Limitation of Liability*", Civil Action No. 99-3246, has been pending since October 25, 1999. That action arises out of the same casualty that is the subject of this present matter, and should, therefore, be transferred to Section C in order that the two actions can be consolidated, all as is more fully set forth in the

JAN 24 2000

TRANSFERRED TO

SECT C MAG 3

DATE OF ENTRY  JAN 2 4 2000

Doc.No. 3

accompanying Memorandum in Support. Counsel for the plaintiff herein has consented to the transfer requested in this Motion.

Respectfully submitted,

_____
ANDRÉ J. MOULEDOUX, T.A. (#9778)
DANIEL J. HOERNER (#21706)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Attorneys for Midland Enterprises Inc. and Capital Marine Supply, Inc., sought to be made defendants herein

H:\0188\9-9164 Davis\Pleads\motion to transfer.wpd

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record by mailing the same by United States mail, properly addressed and postage prepaid this 21 day of January, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONNIE DAVIS, INDIVIDUALLY AND AS TUTRIX OF THE ESTATE OF GLENDA DAVIS | CIVIL ACTION NO. 00-0132 |
| VERSUS | SECTION     "B" |
| MIDLAND ENTERPRISES, INC. AND CAPITAL MARINE SUPPLY, INC. | MAGISTRATE     (1) |

### O R D E R

**CONSIDERING THE FOREGOING** Unopposed Motion to Transfer, it is hereby ordered, adjudged and decreed that the Motion be and it is hereby granted and that this matter is transferred to Section C of this Court where the matter entitled "*In the Matter of Midland Enterprises Inc. and Capital Marine Supply, Inc., as Owner and Owner Pro Hac Vice, Respectively, of the M/V WOODY DUMAS, Official No. 632643, Praying for Exoneration from or Limitation of Liability*", Civil Action No. 99-3246, is pending.

New Orleans, Louisiana, this 24th day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE